AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## *Eastern District of Washington*

Alan Conn

v.

Maggie Miller-Stout

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-191-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Petition is DISMISSED Without Prejudice to properly exhaust state court remedies by means of a Personal Restraint Petition.

01/14/08
*Date*

JAMES R. LARSEN
*Clerk*

s/ Vikki Johnson
*(By) Deputy Clerk*

Vikki Johnson